**Motion Granted and Order filed September 9, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00699-CV

———————

## IN RE MARK ATHANS, OMAR MARTINEZ AND PRESTIGE SURGICAL ASSISTANTS, LLC, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
80th District Court
Harris County, Texas
Trial Court Cause No. 2013-05129**

## ORDER

On August 27, 2014, relators Mark Athans, Omar Martinez, and Prestige Surgical Assistants, LLC, filed a petition for writ of mandamus in this court. Relators ask this court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to vacate an order dated May 29, 2014

granting a motion for new trial filed by real party in interest American Surgical Assistants, Inc.

Relators also filed a motion for a temporary stay of the underlying proceedings. *See* Tex. R. App. P. 52.8(b), 52.10. On August 28, 2014, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. The same day, the real party in interest filed a response to relators' motion to stay in which it states that it does not oppose relators' motion and agrees the trial court proceedings should be stayed.

It appears from the facts stated in the petition and motion that relators' request for mandamus relief requires further consideration, and that judicial economy will best be served by a grant of temporary relief. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2013-05129, styled *American Surgical Assistants, Inc. d/b/a American Surgical Professionals v. Mark Athans, et al.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.